# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00477-CV

**In re Lesley Wayne Connor**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   September 15, 2006